BENJAMIN A. HERBERT (State Bar No. 277356)
bherbert@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

LAWRENCE ROBERT LAPORTE (State Bar No. 130003)
lawrence.laporte@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD and SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants HYPER ICE, INC. and HYPERICE IP SUBCO, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WUYI ZHONGYU JINSHU ZHIPING CO., LTD. and YONGKANG SHIDING CHUANGONG MAOYOU XIAN GONGSI,, <br><br> Plaintiffs, <br><br> v. <br><br> HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,, <br><br> Defendants. | CASE NO. 8:25-cv-00429 <br><br> **NOTICE OF RELATED CASES** |

Pursuant to Local Rule 83-1.3.1, Defendants Hyper Ice, Inc. and Hyperice IP Subco, LLC ("Defendants" or, collectively, "Hyperice") hereby provide notice that the above captioned action is related to the following pending cases because all of the cases call for determination of the same or substantially related or similar questions

of law and fact pertaining to claim construction, infringement, invalidity, and damages. All of the cases pertain to Hyperice's U.S. Patent No. 11,857,482 ("the '482 Patent") and/or Hyperice's U.S. Patent No. 11,938,082 ("the '082 Patent"). Both patents are continuations of the same patent application, dating back to 2013, and both patents share identical specifications. In addition, both patents share some identical claim terms that will, likely be the subject of claim construction. In addition, Hyperice has accused and/or will accuse many of the same products of infringing both patents.

All of the cases are assigned to the Honorable John W. Holcomb, for which Hyperice filed Notices of Related Cases.

- *Hyper Ice, Inc. et al. v. Dacorm,* No. 8:24-cv-00097-JWH-DFM (C.D. Cal., filed January 16, 2024);

- *Hyper Ice, Inc., et al v. Therabody, Inc.,* No. 8:24-cv-00390-JWH-DFM (C.D. Cal., filed February 23, 2024);

- *Hyper Ice, Inc., et al v. Macy's, Inc.,* No. 8:24-cv-000391-JWH-DFM (C.D. Cal., filed February 23, 2024);

- *Hyper Ice, Inc., et al v. MerchSource, LLC,* No. 8:24-cv-00410-JWH-DFM (C.D. Cal., filed February 23, 2024);

- *Hyper Ice, Inc., et al v. Bob and Brad, LLC,* No. 2:24-cv-03212-JWH-DFM (C.D. Cal., transferred from D. Minn. April 23, 2024);

- *Sichuan Qianli-Beoka Medical Technology Inc. and Bob and Brad, LLC v. Hyper Ice, Inc. et al.,* No. 8-24-cv-01394-JWH-DFM (C.D. Cal., filed June 25, 2024);

- *Shenzhen Kelaisiman Trading Co., Ltd. et al. v. Hyper Ice, Inc. et al.*, No. 8-24-cv-01472-JWH-DFM (C.D. Cal., filed July 3, 2024)

- *MerchSource, LLC v. Hyper Ice, Inc.*, et al. No. 8:24-cv-01512-JWH-DFM (C.D. Cal., filed July 9, 2024)

- *Qianlin-Beoka Medical Technology Inc. v. Hyper Ice, Inc.*, et al. No. 8:25-cv-00452-JWH-DFM (C.D. Cal., filed March 7, 2025)

DATED: April 2, 2025          MILLER BARONDESS, LLP

By: _____
BENJAMIN A. HERBERT

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAWRENCE R. LAPORTE, CA#130003
lawrence.laporte@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants
HYPER ICE, INC. and
HYPERICE IP SUBCO, LLC